408 A.2d 532

Commonwealth v. Lawrence, Appellant.

Submitted October 26, 1978. Charles P. Wasovich, for appellant; D. Brooks Smith, Assistant District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, SPAETH and MONTGOMERY, JJ.

Order affirmed.

408 A.2d 532

Commonwealth v. McDowell, Appellant.

Submitted October 26, 1978. William M. Panella, Assistant Public Defender, for appellant; Donald E. Williams, District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, SPAETH and MONTGOMERY, JJ.

Judgment of sentence affirmed.